UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re                                                                                        Case No. 24-11673

Jeffrey E. Nealon                                                                 Chapter 13
    Debtor

## NOTICE OF INTENDED PRIVATE SALE OF PROPERTY, SOLICITATION OF COUNTEROFFERS, DEADLINE FOR SUBMITTING OBJECTIONS AND HIGHER BIDS AND HEARING DATE

**March 18, 2025 or reasonably thereafter**   IS THE DATE OF THE PROPOSED SALE

**March 3, 2025 at 4:30 p.m.**         IS THE DATE BY WHICH OBJECTIONS OR COUNTERFFERS MUST BE MADE

**NOTICE IS HEREBY GIVEN,** pursuant to 11 U.S.C. § 363, Fed. R. Bankr. P. 2002(a)(2) and 6004, and MLBR 2002-5 and 6004-1, that the Debtor intends to sell at private sale, the debtor's right, title and interest in certain property of the estate.

**PROPERTY TO BE SOLD:** 17 Brooks Road, Gloucester, Massachusetts

**THE OFFER:** The Debtor has received an offer to purchase the property for the sum of $550,000.00.

**THE PROPOSED BUYER:** The proposed Buyer is Joy Hurlburt. The relationship of the proposed Buyer to the Debtor is: **None**.

**THE SALE DATE:** The sale shall take place on or before March 18, 2025 or reasonably thereafter. The proposed Buyer paid a deposit in the sum of $1,000.00 with the Offer to Purchase and a deposit in the sum of $26,500.00 with the Purchase and Sales Agreement. The terms of the proposed sale are more particularly described in a Motion for Order Authorizing and Approving Private Sale of Property of the Estate (the "Motion to Approve Sale") filed with the Court on February 5, 2025 and a written Purchase and Sale Agreement dated January 24, 2025. The Motion to Approve Sale and the Purchase and Sale agreement are available at no charge upon request from the undersigned.

**SALE FREE AND CLEAR OF LIENS:** The property 17 Brooks Road, Gloucester, Massachusetts will be sold free and clear of all liens, claims and encumbrances. Any perfected, enforceable valid lies shall attach to the proceeds of the sale according to priorities established under applicable law.

**COUNTEROFFERS OR OBJECTIONS:** Any objections to the sale and/or higher offers must be filed in writing with the Clerk, United States Bankruptcy Court at John W. McCormack Post Office & Court House, 5 Post Office Square, Clerk's Office, Boston, MA 02109 on or before **March 3, 2025 at 4:30 p.m.** (the "Objection Deadline"). A copy of any objection or higher offer also shall be served upon the undersigned. Any objection to the sale must state with particularity the grounds for the objection and why the intended sale should not be authorized. Any objection to the sale shall be governed by Fed. R. Bankr. P. 9014.

Through this Notice, higher offers for the Property are hereby solicited. Any higher offer must be accompanied by a cash deposit of $27,500.00 in the form of a certified or bank check made payable to the undersigned. Higher offers must be on the same terms and conditions provided in the Purchase and Sale Agreement, other than the purchase price.

**HEARING:** A hearing on the Motion to Approve Sale, objection or higher offers is scheduled to take place on **March 6, 2025 at 1:30 p.m.** before the Honorable Christopher J. Panos, United States Bankruptcy Judge, Courtroom 1, John W. McCormack Post Office and Court House, 5 Post Office Square, Boston, Massachusetts 02109, with an option to appear by Zoom video (except that at least one representative of each respective bidder, both with respect to the original offeror and any competing offerors, who should appear in person). To obtain the video access information for the hybrid hearing, parties in interest must email the Courtroom Deputy at cjp_courtroom_deputy@mab.uscourts.gov by **March 5, 2025 at 4:00 p.m.**, providing the contact information for the party seeking to appear by video. Any party who has filed an objection or higher offer is expected to be present at the hearing, failing which the objection may be overruled or the higher offer stricken. The Court may take evidence at any hearing on approval of the sale to resolve issues of fact. If no objection to the Motion to Approve Sale or higher offer is timely filed, the Court, in its discretion, may cancel the scheduled hearing and approve the sale without a hearing.

At the hearing on the sale the Court may 1.) Consider any requests to strike a higher offer, 2.) Determine further terms and conditions of the sale, 3.) Determine the requirements for further competitive bidding, and 4.) Require one or more rounds of sealed or open bids from the original offeror and any other qualifying offeror.

**DEPOSIT:** The deposit will be forfeited to the estate if the successful purchaser fails to complete the sale by the date ordered by the Court. If the sale is not completed by the buyer approved by the Court, the Court, without further hearing, may approve the sale of the Property to the next highest bidder.

Any questions concerning the intended sale shall be addressed to the undersigned.

                                                    Respectfully submitted,
                                                    Through Counsel,

Dated: February ___, 2025

                                                    *Thomas C. Benner, Esq*.
                                                    Benner Law, P.C.
                                                    33 Samoset Street
                                                    Plymouth, MA  02360
                                                    (508) 746-8030
                                                    tbenner@tbennerlaw.com
                                                    BBO# 655483